No. 187. JOHN GUND BREWING COMPANY, APPELLANT, *v.* GREAT NORTHERN RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the District of Minnesota. Argued March 13, 1918. Decided March 18, 1918. *Per Curiam.* Judgment affirmed upon the authority of (1) *The Cherokee Tobacco,* 11 Wall. 616, 624; *Whitney* v. *Robertson,* 124 U. S. 190, 194; *Ward* v. *Race Horse,* 163 U. S. 504, 511; (2) *United States* v. *43 Gallons of Whiskey,* 93 U. S. 188. See *Perrin* v. *United States,* 232 U. S. 478, 483–485. (3) *Johnson* v. *Gearlds,* 234 U. S. 422. *Mr. Frederick W. Zollman, Mr. Levi Cooke, Mr. Louis W. Frankel* and *Mr. Robert Crain* for appellant. *Mr. Assistant Attorney General Warren* for appellees.